HOGAN LOVELLS
CADWALADER

Hogan Lovells Cadwalader US LLP
200 Liberty Street
New York, NY 10281

T: +1 212 504 6000
F: +1 212 504 6666
www.hlc.com

November 25, 2026

*Via ECF*

Hon. Denise L. Cote
United States District Judge
United States District Court
Southern District of New York
United States Courthouse
500 Pearl Street
New York, New York 10007

**Re: *Robert W. Russell vs. Greystone Servicing Company LLC***
**Case No. 1:26-cv-07566-DLC**

Dear Judge Cote:

We represent Defendant Greystone Servicing Company LLC ("Greystone") in the above-referenced matter. In accordance with Your Honor's Individual Practices in Civil Cases 1.D and 4.J, Greystone respectfully submits this letter-motion to request an extension of time to file its Reply memorandum of law in further support of its Motion to Dismiss the Complaint (Dkt. Nos. 12, 13).

Plaintiff filed his Opposition to the Motion to Dismiss on November 24, 2026 (Dkt. No. 17). The current deadline for Greystone's reply is December 1, 2026, and Greystone requests an extension until December 8, 2026. This is Greystone's first request for an extension of the Reply deadline, and Plaintiff's counsel consents to this request.

Greystone previously made one request for an extension of time in this action, seeking additional time to respond to the Complaint, which the Court granted (Dkt. No. 16). The requested extension does not affect any other scheduled dates.

Respectfully submitted,

Granted.

November 25, 2026

Hogan Lovells Cadwalader US LLP is a limited liability partnership registered in the state of Delaware. "Hogan Lovells Cadwalader" is an international legal practice that includes Hogan Lovells Cadwalader US LLP and Hogan Lovells Cadwalader International LLP, with offices in: Alicante Amsterdam Baltimore Beijing Berlin Birmingham Boston Brussels Charlotte Colorado Springs Denver Dubai Dublin Dusseldorf Frankfurt Hamburg Hanoi Ho Chi Minh City Hong Kong Houston London Los Angeles Luxembourg Madrid Mexico City Miami Milan Minneapolis Monterrey Munich New York Northern Virginia Paris Philadelphia Riyadh Rome San Francisco São Paulo Shanghai Silicon Valley Singapore Tokyo Washington, D.C. Associated Offices: Jakarta Shanghai FTZ. Business Services Centers: Johannesburg Louisville. For more information see www.hlc.com.

**DeLarco, Michael E.**
Practice Area Leader - Employment
michael.delarco@hlc.com

Cc: All counsel of record.